FILED

2016 SEP 14  PM 2:58

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

Case No. 2:16-cr-104-FtM-99CM

THURNAL GLOVER, JR.,
LE'NAL SHANOD GLOVER, and
AJARIA SHARDA SIMON

18 U.S.C. § 2113(a), (d); § 2

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

A. Introduction

At all times material to the charges herein, Chase Bank was a bank with accounts insured by the Federal Deposit Insurance Corporation.

B. The Agreement

From a date unknown, but at least by on or about August 27, 2016, in Lee County, in the Middle District of Florida,

THURNAL GLOVER, JR.,
LE'NAL SHANOD GLOVER, and
AJARIA SHARDA SIMON,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree together to commit an offense against the United States, namely, to knowingly by force and violence, and by intimidation, take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

and assault and put in jeopardy the life of a person by the use of a dangerous weapon, in violation Title 18, United States Code, Sections 2113(a) and 2113(d).

### C. Manner and Means

1. It was part of the conspiracy that defendants LE'NAL SHANOD GLOVER and AJARIA SHARDA SIMON, dressed in black with their faces covered, would and did enter the Chase Bank, located at 5767 Lee Boulevard, Lehigh Acres, Florida 33971, and demanded and obtained money at gunpoint from bank employees.

2. It was further part of the conspiracy that defendant THURNAL GLOVER, JR., dressed in black with his face covered, would and did act as a lookout outside the main entrance of the bank.

3. It was further part of the conspiracy that defendants THURNAL GLOVER, JR., LE'NAL SHANOD GLOVER, and AJARIA SHARDA SIMON would and did flee the bank in a white Dodge Charger getaway vehicle.

### D. Overt Acts

In furtherance of and to effect the objectives of the conspiracy, and to accomplish its purposes and objectives, the following overt act, among others, was committed in the Middle District of Florida:

1. On or about August 27, 2016, defendants LE'NAL SHANOD GLOVER, and AJARIA SHARDA SIMON robbed at gunpoint bank employees of the Chase Bank, located at 5767 Lee Boulevard, Lehigh Acres, Florida 33971, while defendant THURNAL GLOVER, JR., acted as a lookout.

2. On or about August 27, 2016, defendants THURNAL GLOVER, JR., LE'NAL SHANOD GLOVER, and AJARIA SHARDA SIMON fled the Chase Bank in a white Dodge Charger.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about August 27, 2016, in Lee County, in the Middle District of Florida,

THURNAL GLOVER, JR.,
LE'NAL SHANOD GLOVER, and
AJARIA SHARDA SIMON,

defendants herein, did knowingly and willfully by force and violence, and by intimidation take from the person and presence of bank employees, money belonging to and in the care, custody, control, management and possession of Chase Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants did assault and put in jeopardy the life of another person by the use of a dangerous weapon.

In violation of Title 18, United States Code, Sections 2113(a), 2113(d) and Section 2.

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

2. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 2113, or conspiracy to commit such an offense, as set forth in Counts One and Two of this Indictment, the defendants,

THURNAL GLOVER, JR.,
LE'NAL SHANOD GLOVER, and
AJARIA SHARDA SIMON,

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count One and Two of this Indictment.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

Date: September 14, 2016

FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: _____
JEFFREY F. MICHELLAND
Assistant United States Attorney
Trial Counsel

By: _____
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

THURNAL GLOVER, JR.,
LE'NAL SHANOD GLOVER, and
AJARIA SHARDA SIMON

## INDICTMENT

Violations:

18 U.S.C. § 371
18 U.S.C. § 2113(a),
18 U.S.C. § 2113(d), and
18 U.S.C. § 2

A true bill,

_____
Foreperson

Filed in open court this 14th day

of September, 2016.

_____
Clerk

Bail  $ _____

GPO 863 525